# Third District Court of Appeal

## State of Florida

Opinion filed May 6, 2015.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D14-2881
Lower Tribunal No. 90-27181 D

_____

**Charles Stripling,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County, Miguel M. de la O, Judge.

Charles Stripling, in proper person.

Pamela Jo Bondi, Attorney General, for appellee.

Before WELLS, LAGOA, and LOGUE, JJ.

PER CURIAM.

The defendant, Charles Stripling, appeals the trial court's order denying his rule 3.850 motion for postconviction relief. We affirm for the reasons expressed in the trial court's meticulous, well-reasoned and detailed order.

Affirmed.